Christopher L. Parnell, OSB No. 054352
Email: cparnell@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503.224.6440
Fax: 503.224.7324

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Northland Holdings LLC,<br><br>Debtor. | Case No. 14-36742-11 |
| In re<br><br>Muskie Properties, LLC,<br><br>Debtor. | Case No. 14-36745-11<br><br>**DEBTORS' MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES**<br><br>***EXPEDITED HEARING REQUESTED*** |

Northland Holdings LLC ("Northland") and Muskie Properties, LLC ("Muskie") (together, "Debtors") move the Court pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure for entry of an order directing joint administration of their related Chapter 11 cases, and in support thereof respectfully represent as follows:

**Page 1 of 4 -** DEBTORS' MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
ATTORNEYS AT LAW
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
Telephone: 503-224-6440 Fax: 503-224-7324

C:\Users\clp\Desktop\MOTION_JOINT_ADMINISTRATION.docx

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory predicate for the relief requested herein is Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

3. On December 10, 2014 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

4. Debtors have continued in possession of their property and are continuing to operate and manage their business as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner, and an official committee has not yet been established in this case.

5. Northland is an Oregon limited liability company formed in 2007 with its principal place of business in Bend, Oregon.

6. Muskie is a Washington limited liability company formed in 2007, with its principal place of business in Bend, Oregon.

7. Northland and Muskie are each wholly owned by Gerlicher Company LLC.

8. Northland and Muskie, as tenants-in-common, own and operate commercial real property located at 916 Lake Shore Drive in Ashland, Wisconsin (the "Property"). The Property has a single tenant, the General Services Administration on behalf of the Bureau of Indian Affairs.

9. As of the Petition Date, Debtors were indebted to Wells Fargo Bank, National Association in the approximate principal amount of $3,110,000 as co-borrowers with joint and several liability. The obligations of Debtors to Wells Fargo are secured by a perfected first security interest in substantially all of Debtors' assets, including rents.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
ATTORNEYS AT LAW
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
Telephone: 503-224-6440 Fax: 503-224-7324

10. By this Motion, Debtors seek entry of an order directing joint administration, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, of case numbers 14-36742-11 and 14-36745-11 (together, the "Chapter 11 Cases").

11. Rule 1015(b) provides, in relevant part, "If…two or more petitions are pending in the same court by…a debtor and an affiliate, the court may order a joint administration of the estates."

12. Debtors believe joint administration of the Chapter 11 Cases is warranted because (a) Northland and Muskie are both wholly owned by Gerlicher Company LLC, (b) the Property is owned by Northland and Muskie as tenants-in-common, (c) Northland and Muskie's primary asset is the Property that they jointly own, (d) Northland and Muskie, as co-borrowers, are jointly and severally liable on the aforementioned debt owing to Wells Fargo, (e) Debtors have essentially the same obligations to the same unsecured creditors, (f) Debtors intend to file a plan of reorganization at the same time providing for a common treatment of Debtors' creditors, and (g) entry of an order directing joint administration of the Chapter 11 Cases will obviate the need for duplicative notices, applications, and orders, saving time and expense for the Court and Debtors and avoiding confusion on the part of creditors.

13. A copy of the proposed Order Authorizing Joint Administration of the Chapter 11 Cases is attached hereto as **Exhibit 1**.

///

///

///

///

///

///

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
ATTORNEYS AT LAW
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
Telephone: 503-224-6440 Fax: 503-224-7324

WHEREFORE, Debtors pray that this Court enter an order directing joint administration as set forth above, and granting such other and further relief as may be just and proper.

DATED: December 10, 2014.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

*/s/ Christopher L. Parnell*
Christopher L. Parnell, OSB No. 054352
Email: cparnell@dunncarney.com
Attorneys for Debtors

**DUNN CARNEY ALLEN HIGGINS & TONGUE** LLP
ATTORNEYS AT LAW
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
Telephone: 503-224-6440 Fax: 503-224-7324

# EXHIBIT 1

## PROPOSED FORM OF ORDER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | |
| Northland Holdings LLC, | Case No. 14-36742-11 |
| Debtor. | |
| In re | |
| Muskie Properties, LLC, | Case No. 14-36745-11 |
| Debtor. | **ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES** |

THIS MATTER having come before the Court upon the Motion for Joint Administration of Chapter 11 Cases (the "Motion"); the Court having reviewed the Motion and the files and records in this case; it appearing that this Court has jurisdiction over the matter pursuant to 28 U.S.C. § 157(b)(2); the Court having determined that the relief requested is warranted and in the best interest of Debtors, their respective estates, their creditors and other parties in interest; it appearing that no further notice of the Motion is necessary under the particular circumstances; and finding good and sufficient cause;

NOW THEREFORE,

        IT IS HEREBY ORDERED that the following Chapter 11 cases shall be jointly administered by the Court:

    1.    *In re Northland Holdings LLC*, Case No. 14-36742-11.

    2.    *In re Muskie Properties, LLC*, Case No. 14-36745-11.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

By /s/ *Christopher L. Parnell*
    Christopher L. Parnell, OSB No. 054352
    851 S.W. Sixth Avenue, Suite 1500
    Portland, OR  97204
    Telephone:   503-224-6440
    Facsimile:    503-224-7324
    E-mail:       cparnell@dunncarney.com
    Attorneys for Debtors

cc:    List of Interested Parties